# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 05/23/2000   TIME: 9:30 AM

**DEFT.** GREGORY PILLOCK (J)   CASE NO. 00-6119-CR-ZLOCH/SELTZER

**AUSA.** John McMillan, BERTHA MITRANI   **ATTY.** Alvin Entin (Perry)

**AGENT.** DEA   **VIOL.** 21:841(a)(1), 846, 963

**PROCEEDING** INITIAL HEARING   **BOND.** $100,000 CSB W/NEBBIA RECOMM.

**DISPOSITION** Initial, Arraignment & Bond held

Deft present with counsel. Sworn
Notice of permanent appearance filed
Indictment read to deft & advised of his rights

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovered Order requested

Deft pleads not guilty
signed & distributed

Status/Disc. set for 6-7-00 @ 11:00 in Ft Laud before
Duty Magistrate Judge.
Govt. recc. $50,000 10% instead of $100,000 CSB
Defense Proffers Evidence
Court sets bond @ $100,000 PSB - collaterized by
deft's property in Pennsylvania & $50,000 10% —
$5,000 to be deposited into court's registry.
Court needs legal description of property within 24
hours of Deft's release

DATE: 5-23-00   TAPE: AEV.00-34-1

44

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 05/23/2000    TIME: 9:30 AM

**DEFT.** GREGORY PILLOCK (J)    **CASE NO.** 00-6119-CR-ZLOCH/SELTZER

**AUSA.** BERTHA MITRANI    **ATTY.**

**AGENT.** DEA    **VIOL.** 21:841(a)(1), 846, 963

**PROCEEDING** INITIAL HEARING    **BOND.** $100,000 CSB W/NEBBIA RECOMM.

**DISPOSITION**

Conditions: Remain at current address, do not move without court's permission, No weapons/Firearms, no drugs/narcotics, no contact with witnesses/co-Defts, Report to PTS 1x week by phone & in person as directed, do not apply for or receive a passport, do not violate any other laws, do not sell or further encumber property, urinalysis - today - results will count, travel restricted to S/D of Florida, Not to be in an Airplane or on the High seas

DATE: _____    TAPE: _____