**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR __00-6119 CR-ZlOCH__
                          Plaintiff )
                                ) REPORT COMMENCING CRIMINAL
       -VS-              ) ACTION
                                )
__Gregory A. Pillock__ ) __S3501-004__
           Defendant            USMS Prisoner No:

**************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE  W.PALM BEACH
    U.S. District Court        FT. PIERCE
                      (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE.

**************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __5-19-00__ am/pm

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Poss with Intent To Dist MARIJUANA__
    __Importation of MARIJUANA__

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: __10-20-53__

(6) Type of Charging Document: (check one)
   [✓] Indictment   [ ] Complaint to be filed/already filed
   Case# __00-6119 CR-ZlOCH__

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: __South Dist Florida__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: __5-22-00__   (9) Arresting Officer: __S/A Thomas Flowers__

(10) Agency: __DEA__   (11) Phone: __954 489-1767__

(12) Comments: _____