UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00 - 6119 - CR - ZLOCH

UNITED STATES OF AMERICA

VS.

GREGORY PILLOCK,

**NOTICE OF PERMANENT
APPEARANCE OF COUNSEL
OF RECORD**

TRIAL **ONLY:**

TRIAL **AND APPEAL:** ✗

COMES NOW ALVIN E. ENTIN and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: 5/23/00   BAR NO. 127027

ATTORNEY: (Print Name) ALVIN E. ENTIN

SIGNATURE: [signed] for ALVIN ENTIN

ADDRESS: 200 E. BROWARD BLVD, SUITE 1210

CITY: FT LAUD   STATE: FL   ZIP CODE: 33301

TELEPHONE NO. (954) 761-7201

The undersigned defendant hereby consents to the representation by the above counsel.

[signature]

permcsl.not

46