UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6119-CR-ZLOCH/SELTZER**

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

GREGORY PILLOCK,

    Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MAY 23, 2000__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**     Address: ____ON BOND____

    Telephone no.: _____

**DEFENSE COUNSEL:**     Name: ____ALVIN E. ENTIN____

    Address: ____200 E. BROWARD BLVD., SUITE 1210____

    ____FT. LAUDERDALE, FLORIDA 33301____

    Telephone no.: (954) 761-7201

BOND/SET////////////: $__100,000 PSB & $50,000 10%__

BOND//// hrg held: YES__X__ NO___ BOND/PTD hrg set for_____

Dated this ___23___ day of ____MAY____, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:    Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service