UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

GREGORY PILLOCK,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 7, 2000. At that conference, the parties informed the Court as follows:

1.  The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three to four days to try. Finally, the Government informed the Court that its case as to this particular defendant will involve three tapes, transcripts of which are currently being prepared.

2.  Defense counsel informed the Court that he has just received the



Government's discovery response.

DATED at Fort Lauderdale, Florida this ____ day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Alvin Entin, Esquire
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301-1908
Attorney for Defendant