| | |
|---|---|
| DEFT: Gregory Pillock (no deft.) | CASE NO: 00-6119-CR-Zloch |
| AUSA: Bertha Mitrani *present* | ATTNY: Alvin Entin *Richard Dellafera* |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by _____ D.C.
JUN 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Discovery handed out
in Court

2 tapes - transcripts
being prepared

No motions
3-4 days to try

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6-7-00    TIME: 11:00am    TAPE # 00-046   PG # 2
· 2361-2582