UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 00-6119-CR-ZLOCH

    Plaintiff,

vs.

GREGORY PILLOCK, LAWRENCE
LONDON. WILLIAM MOCCIA. TERRILL
MYERS, ERIK JOHNSON, ROD STIDHAM.
and JOHN MINIX,

    Defendants.



## MOTION TO CONTINUE

COMES NOW the Defendant MARC ABRAHAMSON by and through his

undersigned counsel and hereby files this Motion to Continue the trial scheduled for July

31. 2000. and states unto the Court as follows:

1.      The trial in this matter is currently scheduled for July 31. 2000. before the

Honorable William Zloch.

2.      Undersigned counsel has long standing, pre-paid, non-refundable vacation

plans with his family during the period of July 14, 2000 through August 7. 2000

3.      As a result. undersigned counsel respectfully requests that this trial be

rescheduled during the period of August 10. 2000 through September 1. 2000

4.      On September 5, 2000, undersigned counsel is specially scheduled to begin

trial in the case of United States of America v. Donovan Sibbley, Case No 97-233-CR-

GOLD, pending before the Honorable Alan Gold. United States District Court for the

Southern District of Florida.  This trial is estimated to last 2-3 weeks.

5.      Additionally, on October 16, 2000, undersigned counsel is specially scheduled

to begin trial in the case of <u>United States of America v. Patrick Farrington</u>, pending in the United States District Court in Augusta, Georgia. This trial is estimated to last 6 weeks.

WHEREFORE the Defendant. GREGORY PILLOCK. respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail on June 15, 2000 to **Bertha Mitrani, Esquire**. Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale. Florida 33301. **Herbert Cohen. Esquire** 200 S.E. 6th Street, Suite 205, Fort Lauderdale, Florida 33301: **Neal Schuster, Esquire** 407 Lincoln Road. Suite 11B. Miami. Florida 33139. **Bruce Fleischer. Esquire**. 2665 S Baysnore Drive, Suite 1206, Miami, Florida 33133: **Daryl Wilcox, Esquire**, 150 East Flagler Street. Suite 1700. Miami. Florida 33131; **Stuart Adelstein. Esquire**. 1435 S Miami Avenue, Miami, Florida 33130; and **Manuel Vazquez, Esquire**, 2655 S. Le Juene Road. Suite 503. Coral Gables. Florida 33134

ENTIN, MARGULES & DELLA FERA. P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, FL 33301
Telephone: (954) 761-7201

By:_____
ALVIN E. ENTIN
Fla. Bar No. 127027