UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.: 00-6119-CR-ZLOCH

   Plaintiff,

vs.

GREGORY PILLOCK, LAWRENCE
LONDON, WILLIAM MOCCIA, TERRILL
MYERS, ERIK JOHNSON, ROD STIDHAM,
and JOHN MINIX,

   Defendants.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, GREGORY PILLOCK, by and through his undersigned counsel and hereby files this Motion for Permission to Travel, and states unto the Court as follows:

1. During the month of August, 2000, the Defendant is desirous of traveling to Charlotte, North Carolina for work purposes in order to install 350 yards of carpet in his sister's home.

2. The trip is estimated to last 10 days and upon the granting of this motion the Defendant will provide the dates to his probation officer.

3. During his stay, the Defendant will stay at his sister, Diane Watkin's residence in Charlotte, North Carolina. He may be reached at 704-823-7803.

4. Should there be any change at all in his itinerary, the Defendant will immediately advise undersigned counsel and Office of Probation.

5. Undersigned counsel has been unsuccessful in telephonically contacting Assistant United States Attorney, Bertha Mitrani, regarding her position on this Motion.

6.   This motion is made in good faith and not for purposes of delay

WHEREFORE the Defendant respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail on July 12, 2000 to **Bertha Mitrani, Esquire**, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; **Herbert Cohen, Esquire**, 200 S.E. 6th Street, Suite 205, Fort Lauderdale, Florida 33301; **Neal Schuster, Esquire**, 407 Lincoln Road, Suite 11B, Miami, Florida 33139; **Bruce Fleischer, Esquire**, 2665 S. Bayshore Drive, Suite 1206, Miami, Florida 33133; **Daryl Wilcox, Esquire**, 150 East Flagler Street, Suite 1700, Miami, Florida 33131; **Stuart Adelstein, Esquire**, 1435 S. Miami Avenue, Miami, Florida 33130; and **Manuel Vazquez, Esquire**, 2655 S. Le Juene Road, Suite 503, Coral Gables, Florida 33134.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, FL 33301
Telephone: (954) 761-7201

By: _____
ALVIN E. ENTIN
Fla. Bar No. 127027