UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO.: 00-6119-CR-ZLOCH

    Plaintiff,

vs.

GREGORY PILLOCK, LAWRENCE
LONDON, WILLIAM MOCCIA, TERRILL
MYERS, ERIK JOHNSON, ROD STIDHAM,
and JOHN MINIX,

    Defendants.
_____/

## ORDER ON DEFENDANT PILLOCK'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came to be considered pursuant to Defendant, Gregory Pillock's Motion for Permission to Travel, and after reviewing the pleadings and the Court having been otherwise duly advised in the premises, it is hereby;

ORDERED and ADJUDGED that the Defendant, Gregory Pillock's Motion for Permission to Travel to Charlotte, North Carolina for ten (10) days during the month of August, 2000 is hereby __GRANTED__. Upon the granting of this Order, the Defendant is required to provide his itinerary to the Office of Probation or PRETRIAL SERVICES.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Florida, this 14th day of July, 2000.

HONORABLE ~~WILLIAM ZLOCH~~
BARRY SELTZER

cc:   Bertha Mitrani, AUSA
     Alvin E. Entin, Esquire

