UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6119-CR-ZLOCH (s)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 952(a)
21 U.S.C. § 963
18 U.S.C. § 2



FILED by _____ D.C.

'AUG 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

v.

GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
ROD STIDHAM,
and
JOHN MINIX,

             Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT I

From on or about April 1, 2000, through on or about April 23, 2000, at Broward County, in

the Southern District of Florida, and elsewhere, the defendants,

**GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
and
ROD STIDHAM,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with



other persons known and unknown to the Grand Jury to import into the United States, from a place

outside thereof, in excess of one hundred (100) kilograms of a Schedule I controlled substance, that

is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21,

United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

On or about April 23, 2000, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

**GREGORY PILLOCK,**
**LAWRENCE LONDON,**
**TERRILL MYERS,**
**ERIK JOHNSON,**
**and**
**ROD STIDHAM,**

did knowingly and intentionally import into the United States, from a place outside thereof, in excess

of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance

containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section

952(a), and Title 18, United States Code, Section 2.

## COUNT III

From on or about April 1, 2000, through on or about April 23, 2000, at Broward County, in

the Southern District of Florida, and elsewhere, the defendants,

**GREGORY PILLOCK,**
**LAWRENCE LONDON,**
**TERRILL MYERS,**
**ERIK JOHNSON,**
**ROD STIDHAM,**
**and**
**JOHN MINIX,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

2

other persons known and unknown to the Grand Jury to possess with the intent to distribute in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

From on or about April 23, 2000, through on or about May 2, 2000, at Broward County, in the Southern District of Florida, and elsewhere the defendants,

**GREGORY PILLOCK,**
**LAWRENCE LONDON,**
**TERRILL MYERS,**
**ERIK JOHNSON,**
**ROD STIDHAM,**
**and**
**JOHN MINIX,**

did knowingly and intentionally possess with the intent to distribute in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

Leonard Roth

FOREPERSON

Steven R. Catri

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **GREGORY PILLOCK**           No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
          $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
          $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
          $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
          $ 2,000,000 Fine

Count #:



*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **LAWRENCE LONDON**          No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **TERRILL MYERS** _                No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **ERIK JOHNSON**          No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **ROD STIDHAM**                No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
$ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
$ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
$ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment;
$ 2,000,000 Fine

Count #:



*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: **JOHN MINIX**            No. **00-6119-CR-ZLOCH(s)**

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO. 00-6119-CR-ZLOCH(s)

v.

GREGORY PILLOCK, ET AL.                     **CERTIFICATE OF TRIAL ATTORNEY\***

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB ___ FTP

**Superseding Case Information**:
New Defendant(s)           Yes ___    No _X_
Number of New Defendants          _0_
Total number of counts            _4_

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:       (Yes or No) _NO_
     List language and/or dialect    _English_

4.   This case will take _2-3_ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                              (Check only one)

     I     0 to 5 days        _X_        Petty        _____
     II    6 to 10 days       _____      Minor        _____
     III   11 to 20 days      _____      Misdem.      _____
     IV    21 to 60 days      _____      Felony       _X_
     V     61 days and over   _____

6.   Has this case been previously filed in this District Court?  (Yes or No) _No_
     If yes:
     Judge: _____        Case No. _____
     (Attach copy of dispositive order)

     Has a complaint been filed in this matter?(Yes or No) ___Yes___
     If yes:
     Magistrate Case No. _00-4092-SNOW_
     Related Miscellaneous numbers: _00-32M(SDGA)_
     Defendant(s) in federal custody as of _Johnson as of 5/16/00 and Myers as of 6/4/00_
     Defendant(s) in state custody as of _____
     Rule 20 from the _____        District of _____

     Is this a potential death penalty case? (Yes or No) _____ No

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes _ No

8.   Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                    _K.W.i.Cu.K.w. for_
                    BERTHA R. MITRANI
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No. 88171

\*Penalty Sheet(s) attached