| | | | |
|---|---|---|---|
| DEFT: | Gregory Pillock (B) | CASE NO: | 00-6119-CR-Zloch (s) |
| AUSA: | Bertha Mitrani | ATTNY: | Alvin Entin present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
_____ Electronic Monitoring

Reading of Indictment waived
Not guilty plea entered
[illegible] requested

FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PID/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____    N/A
STATUS CONFERENCE: _____

DATE: 8-11-00    TIME: 11:00am    TAPE # 00-067 PG # 5
1516-1560
134