UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

AUG 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-ZLOCH   DATE 8-14-00

CLERK Carline Heatley   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Gregory Pillot

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Alvin Entin

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 2 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 2

JUDGMENT Court accepted plea & adjudged deft guilty to Count 2

CASE CONTINUED TO 10-27-00   TIME 11:30   FOR Sentencing

MISC Written Plea Agreement —