UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

FILED by _____ D.C.

AUG 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

    V.                                O R D E R

GREGORY PILLOCK

    Defendant
_____

THIS MATTER is before the Court upon Amended Motion For Permission To Travel (filed August 23, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. The defendant shall be allowed to travel t Charlotte, North Carolina leaving on August 31, 2000 and returning on September 6, 2000. The defendant shall advise Pretrial Services of his itinerary.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _24th_ day of August, 2000.

                                        /s/ William J. Zloch
                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Alvin Entin, Esq.
Pretrial Services

