**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6119-CR-ZLOCH**



**UNITED STATES OF AMERICA**

   **v.**           **NOTICE**

**GREGORY PILLOCK**

| **TYPE OF CASE** | **CRIMINAL** |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| **PLACE** | **COURTROOM A** |
|---|---|
| **299 E. BROWARD BLVD.** | **DATE & TIME:** |
| **FT. LAUDERDALE, Fl, 33301** | **November 9, 2000, at 1:30 PM** |

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: October 12, 2000

cc:
Bertha Mitrani, Esq., AUSA
Alvin Entin, Esq.
Probation