UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

GREGORY PILLOCK,
    et. al,

    Defendant.
_____ /

### UNITED STATES' MOTION FOR REDUCTION OF SENTENCE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Section 5K1.1 of the Sentencing Guidelines, 18 U.S.C. §3553(e) of the Federal Rules of Criminal Procedure, the United States of America respectfully requests that this Honorable Court downwardly depart from the applicable sentencing guidelines and reduce defendant GREGORY PILLOCK's (hereinafter the defendant) sentence, based on the substantial

assistance he has provided to the Government in the prosecution of others who have committed federal felony offenses. The nature and extent of the defendant's cooperation will be set forth at his sentencing hearing, scheduled for November 9, 2000.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
                Bertha R. Mitrani
                Assistant United States Attorney
                Florida Bar No. 88171
                500 East Broward Boulevard
                Fort Lauderdale, Florida 33394
                Tel: 954/ 356-7255
                Facsimile: 954/356-7336

cc:    Special Agent Redpath

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile *954/767-8343* and regular first class mail to counsel for the defendant on this __7th__ day of November, 2000:

Alvin E. Entin, Esquire
Entin, Margules & Della Fera, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301

Bertha R. Mitrani
Assistant United States Attorney