UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch   DATE 11-9-00
CLERK Carlene Newley   REPORTER Carl Schechter
PROBATION Kathryn Gomez   INTERPRETER _____

UNITED STATES OF AMERICA v. Gregory Pillact

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Alvin Entin

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Parties stipulate to Rule & court accepts stipulation - Gov't's mtn for downward departure granted - Ct 2 - 60 months custody of BOP - 4 yrs supervised release -
JUDGMENT  Spec Conds - Participate in Drug/Alcohol abuse program - $100 assessment - Execution of sentence deferred until Noon Feb 9, 2001 - Ct Recommends Coleman Residential

CASE CONTINUED TO _____ TIME _____ FOR
substance abuse program -

MISC _____

192