UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

v.                        O R D E R

GREGORY PILLOCK

    Defendant
_____



THIS MATTER is before the Court upon Motion For Permission To Travel (dated November 16, 2000). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Motion For Permission To Travel be and the same is hereby GRANTED. The Defendant, GREGORY PILLOCK, shall be permitted to travel to North Carolina during the period November 22, 2000 through and including November 26, 2000.

2. Prior to such travel, the Defendant shall provide the United States Pretrial Officer with a written itinerary of his travel plans, which shall include the following information: specific dates and times of all travel; flight numbers where applicable; and the name, address and telephone number of the location(s) at which the Defendant shall be staying;

3. Upon the Defendant's return to the Southern District of Florida, the Defendant shall immediately contact his Pretrial



Officer and verify his return to the Southern District of Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of November, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Alvin Entin, Esq.
Pretrial Services