UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 00-6119-CR-ZLOCH

Plaintiff,

vs.

GREGORY PILLOCK, LAWRENCE
LONDON, WILLIAM MOCCIA, TERRILL
MYERS, ERIK JOHNSON, ROD STIDHAM,
and JOHN MINIX,

Defendants.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, GREGORY PILLOCK, by and through his undersigned counsel and hereby files this Motion for Permission to Travel, and states unto the Court as follows:

1. The Defendant is desirous of traveling to Nanty Glo, Pennsylvania to visit his father, via car, leaving on Friday, December 22, 2000 and returning on January 8, 2001 for the Christmas holiday.

2. During his stay, the Defendant will stay at his father's residence located at 26 Burn Street, Nanty Glo, Pennsylvania. He may be reached at 814-749-0581.

3. Should there be any change at all in his itinerary, the Defendant will immediately advise undersigned counsel and Office of Probation.

4. Undersigned counsel has been unsuccessful in telephonically contacting Assistant United States Attorney, Bertha Mitrani, regarding her position on this Motion.

5. This motion is made in good faith and not for purposes of delay

WHEREFORE the Defendant respectfully requests that this Honorable Court grant



the relief requested herein and any other relief that this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail on December 12, 2000 to Bertha Mitrani, Esquire, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, FL 33301
Telephone: (954) 761-7201

By:_____
ALVIN E. ENTIN
Fla. Bar No. 127027