UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH (s)

UNITED STATES OF AMERICA,          :

v.                                 :

GREGORY PILLOCK,                   :
    *et. al,*

    Defendant.                   :
_____/

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE
## BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the United States of

America respectfully requests that this Honorable Court reduce defendant GREGORY

PILLOCK's (hereinafter the defendant) sentence, based on the substantial assistance he has

provided to the Government in the prosecution of others who have committed federal felony

offenses and requests that this Court schedule a hearing on the motion. The following facts

support this motion:

1.    On November 9, 2000, this Honorable Court sentenced the defendant to sixty months of

    imprisonment. The defendant was permitted to voluntarily surrender and is scheduled to

    surrender on February 9, 2001.

2.    At the time of sentencing, the Government had moved for a downward departure pursuant

    to 5K1.1 of the Federal Sentencing Guidelines, and had advised the Court of the

    substantial assistance rendered by the defendant as of the date of the sentencing. At the

    time of sentencing, however, the defendant's substantial assistance was not complete, and

the Government had so advised the Court. Specifically, the case which resulted from the defendant's substantial assistance, was in a pre-trial posture. To the extent that the case was to go to trial, it was anticipated that the defendant would testify at trial. All of the defendants in that case have pleaded guilty; accordingly, the defendant's substantial assistance, barring any unforeseeable events, is now complete.

3. The Court will be informed of the full nature and extent of the defendant's substantial assistance at any hearing on the Motion for Reduction of Sentence.

WHEREFORE, the United States respectfully requests that this Court reduce GREGORY PILLOCK's sentence based on the substantial assistance he has provided law enforcement personnel, and schedule a hearing on the motion so the Court can be informed of the full nature and extent of his cooperation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Telephone: 954/ 356-7255
Facsimile: 954/356-7336

cc: Special Agent Redpath

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by

facsimile *954/767-8343* and regular first class mail to counsel for the defendant on

this_____ day of January, 2001:

Alvin E. Entin, Esquire
Entin, Margules & Della Fera, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301

Bertha R. Mitrani
Assistant United States Attorney