UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6119-CR-ZLOCH

FILED by ___ D.C.
JAN 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.                                    NOTICE

GREGORY PILLOCK

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                          COURTROOM A
299 E. BROWARD BLVD.           DATE & TIME:
FT. LAUDERDALE, Fl, 33301      February 5, 2001, at 11:30 AM

Rule 35 Hearing

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 30, 2001

cc:
Bertha Mitrani, Esq., AUSA
Alvin Entin, Esq.
Probation