AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 189-1732

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   476456

UNITED STATES OF AMERICA

V.

GREGORY PILLOCK

**WARRANT FOR ARREST**

CASE NUMBER: **00-6119**

CR-ZLOCH
MAGISTRATE JUDGE
SELTZER

**TO: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __GREGORY PILLOCK__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import marijuana into the United States from a place outside thereof, knowingly and intentionally importing marijuana into the United States from a place outside thereof and knowingly and intentionally possessing with the intent to distribute marijuana,

in violation of Title 21 United States Code, Section(s) 841(a)(1), 952(a), 963

Clarence Maddox
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

May 11, 2000 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 100,000 Corporate Surety Bond with Nebbia   by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
West Palm Beach, Fl

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST | | |
| 5/19/00 | | Edward Purchase, SDUSM |

227