UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

v.                            ORDER

GREGORY PILLOCK

    Defendant
_____



FILED by _____ D.C.
FEB 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Government's Motion Pursuant To Rule 35 (DE 224). Hearing was held on the motion on February 5, 2001. Upon consideration of the government's motion, proffers, argument of counsel, and being otherwise duly advised upon the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence previously imposed is hereby reduced to a term of 36 months custody of the Bureau of Prisons, followed by 4 years Supervised Release. All previous conditions of supervised release are reimposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of February, 2001.

                                    _____
                                    WILLIAM J. ZLOCH
                                    CHIEF UNITED STATES DISTRICT JUDGE

cc:
Bertha Mitrani, Esq., AUSA
Alvin Entin, Esq.
Probation
Marshal