UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
FEB 5 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6119-Cr-Zloch    DATE 2-5-01
CLERK  Carline Heugley    REPORTER Carl Schanzleh
PROBATION  Kathryn Gomez    INTERPRETER

UNITED STATES OF AMERICA v. Gregory Billock

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Alvin Entin

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING  Rule 35 Hearing (DE 224)

RESULT OF HEARING  Court's Rule 35 Motion Granted - Sentence Reduced to 36 months Custody of BOP as to Ct 2 - 4 yrs Supervised Release - All conditions

JUDGMENT  & previous conditions Re-Imposed.

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC

229