cr-06115-WJZ Document 234 Entered on FLSD Docket 02/22/2001
AO 245B (Rev. 9/96) Judgment in a Criminal Case
Sheet 1
FILED by
NOV 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| GREGORY PILLOCK | CASE NUMBER: 00-6119-CR-ZLOCH |
| | ALVIN ENTIN, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[x] pleaded guilty to count(s) 2

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:952(a) | importation of marijuana | 4/00 | 2 |

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[x] Count(s) remaining (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 10/20/53
Defendant's USM No.: 53801-004
Defendant's Residence Address:
2400 N.E. 10th Court #10
Pompano Beach, FL 33062

Defendant's Mailing Address:
_____
By _____
Date _____

11/9/00
Date of Imposition of Judgment

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

11/9/00
Date

Judgment – Page 2 of 6

DEFENDANT: GREGORY PILLOCK
CASE NUMBER: 00-6119-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   60 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

Court recommends FCI Coleman and the Residential Substance Abuse Program.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ a.m./p.m. on _____ .
   [ ] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [x] before ~~2:00 a.m.~~ noon February 9, 2001 .
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

v/s
Defendant ~~delivered~~ on   02-09-01   to  Federal Prison Camp
at  Pensacola, FL   with a certified copy of this judgment.

Jose M Vazquez, USMSN
UNITED STATES MARSHAL

By  Kris, /so
Deputy U.S. Marshal