UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by D.C.
FEB 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Case No. 00-6119-CR-ZLOCH / SETLZER |
| ) | |
| v. ) | MOTION FOR DISBURSEMENT OF BOND |
| ) | |
| GREGORY PILLOCK ) | |
| Defendant ) | |
| _____) | |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by DIANE WATKINS in the amount of $ 5,000.00   plus any accrued interest be refunded to:

Diane Watkins   114 Cramer Mountain Woods, Cramerton, NC 28032
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

_Diane Watkins_
(Petitioner or Attorney)

Consented to by:
_____, Assistant U.S. Attorney
ELIZABETH RUF STEIN

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _Ft. Lauderdale_, Florida, this _28th_ day of _FEBRUARY_, 20_01_.

_____
UNITED STATES DISTRICT JUDGE

c:  U.S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk (w/original W-8 or W-9)

240

```
Tue May 23 10:51:21 2000

UNITED STATES DISTRICT COURT
MIAMI              , FL
Receipt No.   501 712487
Cashier            rhill

Tender Type  CASH

Transaction Type  C

Case No./Def No. 9:99-CR-000000/  0

DD Code     Div No      Acct
  4600         9       604700

Amount              $  5000.00

DIANE WATKINS

00-6119-CR-ZLOCH/U.S. v GREGORY PILLOCK
```