PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64008

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6119-CR-Zloch

### Request for Modifying the Conditions of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:     **Gregory Pilock**

Name of Sentencing Judicial Officer:   The Honorable William J. Zloch, Chief Judge
U.S. District Court, Ft. Lauderdale

Date of Original Sentence:   November 9, 2000

Original Offense:   Ct. 2: Importation of Marijuana, in violation of Title 21 § 952(a), a
Class 'B' Felony.

Original Sentence:   Sixty (60) months custody of the Bureau of Prisons, followed by
four (4) years Supervised Release.

Type of Supervision: Supervised
Release

Date Supervision Commenced:
December 6, 2002

---

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The defendant shall submit to a search of his person or
property conducted in a reasonable manner and at a
reasonable time by the U.S. Probation Officer.**

PROB 12B                                                    SD/FL PACTS No. 64008
(SD/FL 9/96)

The Honorable William J. Zloch, Chief Judge
REQUEST FOR MODIFYING CONDITIONS OF SUPERVISION
June 16, 2003
Page 2

NAME OF OFFENDER:   GREGORY PILOCK                          CASE NO. 00-6119-CR-ZLOCH

## CAUSE

December 6, 2002, Mr. Pilock was released from the incarceration portion of his sentence to the Western District of North Carolina to commence his four year term of supervise release. The Supervising U.S. Probation Officer has requested the proposed modification indicating it is a standard condition of supervision in the Western District of North Carolina for offenders to submit to searches. The Supervised Releasee has been advised of the Probation Officer's proposed modification and does not oppose this condition as evidenced by the releasee's signature on the attached Probation form 49 waiver.

Respectfully submitted,

by

Terry M. Levix
U.S. Probation Officer
Phone: 954-769-5517
Date: June 16, 2003

Reviewed by:

Carolyn M. Gamble, Supervising
U.S. Probation Officer

## THE COURT ORDERS:

[ ]    No Action

[X]    The Modification of Conditions as Noted Above

_____
Signature of Judicial Officer

_____
Date