SD/FL PACTS No. 64008

PROB 34
(Rev. 3/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

**Southern District of Florida**



UNITED STATES OF AMERICA

v.                                          Crim. No. __00-6119-CR-ZLOCH(s)__

**GREGORY PILLOCK**

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expires on December 5, 2006, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
David Sutherland
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this __19th__ day of __June__, 20 __06__.

_____
United States District Judge
William J. Zloch, Chief U. S. District Judge, Ft. Lauderdale Florida